# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No: B-21-MJ-959 |
| Hussein Qasim Jawad ALSYKHBI | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of October 8, 2021 in the county of Cameron in the Southern District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, United States Code, Section 2199 | Without consent, with intent to obtain transportation, boards, enters or secretes themselves aboard a vessel or aircraft at any place within or without the jurisdiction of the United States, and remains aboard after the vessel or aircraft has left such place and is thereon at any place within the jurisdiction of the United States |

This criminal complaint is based on these facts:

On October 8, 2021, Homeland Security Investigations (HSI) Special Agents (SAs), U.S. Customs and Border Protection (CBP) Air and Marine Operations (AMO) Marine Interdiction Agents (MIAs), and U.S. Coast Guard (USCG) boarding team crewmembers conducted a maritime enforcement operation aboard a Dutch flagged commercial shipping vessel, PLANTIJNGRACHT, located in the Gulf of Mexico off the coast of South Padre Island, Texas. After a post-Miranda interview, HSI SAs determined Hussein Qasim Jawad ALSYKHBI, by his own admission, to be a stowaway committing a federal offense in violation of Title 18 U.S.C. Section 2199. Specifically, ALSYKHBI admitted to, without the consent of the owner, charterer, master, or person in command of the vessel, with intent to obtain transportation, boarded, entering and secreting himself aboard the vessel on or about September 16, 2021, and was thereon at the time of departure of said vessel from a port, harbor, wharf, or other place without the jurisdiction of the United States and remaining aboard after the vessel had left such place and was thereon at any place within the jurisdiction of the United States, namely Brownsville, Texas.

☐ Continued on the attached sheet.

_____
*Complainant's Signature*

Jack Stevens    Special Agent
*Printed name and title*

Submitted by reliable electronic means, sworn to, and signature attested to telephonically pursuant to Fed. R. Crim. P. 4.1., on

Oct 8, 2021
*Date*

_____
*Judge's signature*

Brownsville, Texas
*City and State*

Ronald G. Morgan    U.S. Magistrate Judge
*Printed name and title*