AO 257 (Rev 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: [X] COMPLAINT  [ ] INFORMATION  [ ] INDICTMENT

Name of District Court, and/or Judge/Magistrate, Location (City)
United States Courts Southern District of Texas

**OFFENSE CHARGED**

Without consent, with intent to obtain transportation, boards, enters or secretes themselves aboard a vessel or aircraft at any place within or without the jurisdiction of the United States, and remains aboard after the vessel or aircraft has left such place and is thereon at any place within the jurisdiction of the United States

[ ] Petty
[ ] Minor
[ ] Misdemeanor
[X] Felony

Southern District of Texas
Ronald G. Morgan, U.S. Magistrate Judge

FILED
**October 8, 2021**

Nathan Ochsner, Clerk of Court

DEFENDANT - U.S. vs.

Hussein Qasim Jawad ALSYKHBI

Address

Place of offense: Brownsville, Texas

U.S.C. Citation
Title 18, United States Code, Section 2199

Birth Date ████/2000  [X] Male  [ ] Female  [X] Alien (if applicable)
(Optional unless a juvenile)

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

Homeland Security Investigations

[ ] person is awaiting trial in another Federal or State Court, give name of court

[ ] this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

[ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:
[ ] U. S. Att'y  [ ] Defense

SHOW DOCKET NO.

[ ] this prosecution relates to a pending cause involving this same defendant

[ ] prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM

Special Agent Jack Stevens
[ ] U. S. Att'y  [ ] Other U. S. Agency

Name of Asst. U.S. Att'y (if assigned)

---

**DEFENDANT**

**IS NOT IN CUSTODY**           B-21-MJ-959
1) [ ] Has not been arrested, pending outcome this proceeding
   If not detained give date any prior summons was served on above charges

2) [ ] Is a Fugitive
3) [ ] Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) [X] On this charge
5) [ ] On another conviction
       [ ] Fed'l  [ ] State
6) [ ] Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?  [X] Yes  [ ] No
If "Yes" give date filed  10/08/2021
                          Mo   Day   Year

DATE OF ARREST   October 8, 2021

Or... if Arresting Agency & Warrant were not Federal
                          Mo.  Day   Year

DATE TRANSFERRED TO U.S. CUSTODY

[ ] This report amends AO 257 previously submitted

---

ADDITIONAL INFORMATION OR COMMENTS